# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-149-DCK

| | |
|---|---|
| LIVE WELL HOMES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| INVITATION HOMES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, filed a "Letter Of Settlement" (Document No. 27) notifying the Court that the parties reached a settlement on August 21, 2019. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **September 23, 2019**.

**IT IS FURTHER ORDERED** that "Invitation Homes, Inc.'s Motion To Dismiss" (Document No. 13) and "CSHP One LP's Partial Motion To Dismiss" (Document No. 16) are **DENIED AS MOOT**.

**SO ORDERED**.

Signed: August 28, 2019

David C. Keesler
United States Magistrate Judge